# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                                  PLAINTIFF

V.                              No. 5:11CV00300-JMM-BD

YOLANDA CLARK                                                                 DEFENDANT

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody.  Mr. Caradine/Assabur – or any party – may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

      Mail objections and "Statements of Necessity" to:

      Clerk, United States District Court
      Eastern District of Arkansas
      600 West Capitol Avenue, Suite A149
      Little Rock, AR 72201-3325

## II.  Discussion

On November 21, 2011, William F. Caradine/Assabur, an Arkansas Department of Correction inmate, brought this action pro se under 42 U.S.C. § 1983. (Docket entry #2) He also moved to proceed *in forma pauperis*. (#1)

On November 29, 2011, this Court denied Mr. Caradine/Assabur's motion based on his status as a "three striker" and ordered him to submit, within 30 days, the $350.00 statutory filing fee. (#5) Mr. Caradine/Assabur was warned that his failure to pay the filing fee would result in dismissal of his case, without prejudice.

Mr. Caradine/Assabur has failed to pay the statutory filing fee, and the time to do so has passed. Accordingly, his complaint (#2) should be DISMISSED, without prejudice.

## III.  Conclusion

The Court recommends that the District Court dismiss Mr. Caradine/Assabur's complaint (#2) without prejudice for his failure to pay the $350.00 statutory filing fee.

DATED this 27th of January, 2012.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE