UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                      PLAINTIFF

V.                          No. 5:11CV00300-JMM-BD

YOLANDA CLARK                                                    DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Caradine/Assabur's claims are DISMISSED, without prejudice, for his failure to pay the $350.00 statutory filing fee.

IT IS SO ORDERED, this 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE